# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL HILLS,<br><br>      Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORP.,<br>BAXTER INTERNATIONAL INC. and<br>WYETH SUBSIDIARY ILLINOIS<br>CORPORATION F/K/A SCIENTIFIC<br>PROTEIN LABORATORIES<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. _____<br>) FILED:   JUNE 9 , 2008<br>)    08CV3329<br>)    JUDGE LEFKOW<br>)    MAGISTRATE JUDGE COX<br>)    NF<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT OF BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION

COME NOW Defendants Baxter International Inc. ("BII") and Baxter Healthcare Corporation ("BHC"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, and certify that the following is a full and complete list of any parent corporation and any publicly held corporation that owns 10% or more of the stock of BHC or BII:

    A.  BHC is a wholly-owned subsidiary of BII. BII owns 100% of the stock issued by BHC.

    B.  BII is a publicly traded corporation.  BII has no parent corporation, and no publicly traded corporation owns 10% or more of the stock issued by BII.

This the 9th day of June, 2008.

                                                              Respectfully submitted,

                                                                /s/ Leslie M. Smith, P.C.
                                          Leslie M. Smith, P.C., Attorney No. 6196244
                                          Kirkland & Ellis LLP
                                          200 East Randolph Drive
                                          Chicago, IL 60601
                                          telephone:  (312) 861-2000
                                          facsimile:  (312) 861-2200

## CERTIFICATE OF SERVICE

      I, Leslie M. Smith, P.C. do hereby certify that on June 9, 2008, I caused a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION** to be served on Plaintiff's counsel by overnight delivery:

    Devon C. Bruce
    POWER, ROGERS & SMITH
    70 W. Madison Street, Suite 5500
    Chicago, Illinois  60602
    Tel: (312) 236-9381
    Fax: (312) 236-0920

This 9th day of June, 2008.

                                                  /s/ Leslie M. Smith, P.C.
                                                Leslie M. Smith, P.C.