# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-cv-03329 |
|---|---|

Paul Hills, Plaintiff,

v.

BAXTER HEALTHCARE CORP., BAXTER INTERNATIONAL INC.,&WYETH SUBSIDIARY ILLINOIS CORP F/K/A SCIENTIFIC PROTEIN LABORATORIES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Paul Hills, Plaintiff

| NAME (Type or print) |
|---|
| Devon C. Bruce |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Devon C. Bruce |

| FIRM |
|---|
| Power, Rogers & Smith |

| STREET ADDRESS |
|---|
| 70 West Madison, #5500 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06215812 | 312/236-9381 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐