## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL HILLS, )<br>)<br>     Plaintiff, )<br>)<br>)<br>v. )<br>)<br>BAXTER HEALTHCARE CORP., )<br>BAXTER INTERNATIONAL INC. and )<br>WYETH SUBSIDIARY ILLINOIS )<br>CORPORATION F/K/A SCIENTIFIC )<br>PROTEIN LABORATORIES, )<br>)<br>     Defendants. ) | No. 1:08-cv-3329<br><br>Judge Joan Lefkow |

## NOTICE OF MOTION

Defendants Baxter International Inc. and Baxter Healthcare Corporation ("Defendants") hereby give notice of their Motion to Stay Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation. Defendants shall appear before Judge Joan Lefkow in Courtroom 1925 on Thursday, June 19 at 9:30 in the morning, or as soon thereafter as can be heard for presentment of this motion, a copy of which is served upon you.

This the 12th day of June, 2008.

Respectfully submitted,

     /s/ Leslie M. Smith, P.C.
Leslie M. Smith, P.C., Attorney No. 6196244
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
telephone: (312) 861-2000
facsimile: (312) 861-2200