UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Paul Hills
                                Plaintiff,

v.                                                              Case No.: 1:08–cv–03329
                                                                Honorable Joan H. Lefkow

Baxter Healthcare Corp., et al.
                                Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 6/19/2008 regarding motion to stay [9]. Defendants' motion to stay proceedings [9] is granted except as to the briefing on plaintiff's motion to remand [11]. Response to plaintiff's motion to remand [11] due by 7/10/2008; reply due by 7/24/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.